**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEUTSCHE BANK SECURITIES INC., *Plaintiff*, v. KINGATE GLOBAL FUND LTD. and KINGATE EURO FUND LTD., *Defendants*. | Case No. 19-cv-10823 |

**NOTICE OF MOTION**

Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. ("Kingate Funds") by and through their undersigned counsel, hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing the Complaint for failure to state a claim.  The grounds for this Motion are set forth in the accompanying memorandum of law.

Dated: New York, NY  
April 1, 2020

SELENDY & GAY PLLC

By:   /s/ *Philippe Z. Selendy*

Philippe Z. Selendy  
Caitlin Halligan  
Andrew R. Dunlap  
Lena Konanova  
Oscar Shine  
Thad Eagles  
SELENDY & GAY PLLC  
1290 Avenue of the Americas  
New York, NY 10104  
Tel: 212-390-9000  
pselendy@selendygay.com  
challigan@selendygay.com  
adunlap@selendygay.com  
lkonanova@selendygay.com  
oshine@selendygay.com  
teagles@selendygay.com

*Attorneys for Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

## CERTIFICATE OF SERVICE

I certify that on April 1, 2020, I filed **DEFENDANTS' NOTICE OF MOTION**, **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**, and **DECLARATION OF PHILIPPE Z. SELENDY IN SUPPORT OF MOTION TO DISMISS** electronically with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all parties of record in the above-captioned case.

Dated:  New York, NY
 April 1, 2020

SELENDY & GAY PLLC

By:   /s/ *Philippe Z. Selendy*
Philippe Z. Selendy
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
pselendy@selendygay.com

*Attorney for Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*