UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK SECURITIES INC., | |
| Plaintiff, | Case No. 19-cv-10823 (ER) |
| v. | |
| KINGATE GLOBAL FUND LTD. and KINGATE EURO FUND LTD., | |
| Defendants. | |

## CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. The parties do not consent to conducting further proceedings before a Magistrate Judge pursuant to 28 U.S.C. § 636(c).

2. This case is to be tried to a jury.

3. As clarified by prior order of this Court (Dkt. 42), Defendants' answer shall be filed no later than May 7, 2021.

4. Initial disclosures required by Fed. R. Civ. P. 26(a)(1)(A) shall be exchanged no later than May 21, 2021.

5. First interrogatories shall be served no later than June 4, 2021, and responses thereto shall be served no later than July 14, 2021. The provisions of Local Civil Rule 33.3 shall apply to this case.

6. First request for production of documents, if any, shall be served no later than June 4, 2021, and responses thereto shall be served no later than July 14, 2021.

   a. The parties shall confer and agree on search terms and custodians no later than July 21, 2021.

  b. The parties shall begin rolling document productions no later than September 17, 2021.

  c. The parties shall complete substantially all document productions no later than November 12, 2021.

7. Any further interrogatories, including expert interrogatories, shall be served no later than January 14, 2022.

8. Requests for admission shall be served no later than January 28, 2022.

9. Non-expert depositions shall be completed by March 4, 2022.

  a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

  b. Depositions shall proceed concurrently.

  c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

10. Expert reports shall be served no later than April 12, 2022.

11. Rebuttal expert reports shall be served no later than May 10, 2022.

12. To the extent that rebuttal expert reports contain opinions based on new data or analysis that has not been addressed in opening expert reports, the parties may submit reply expert reports solely to address those new opinions. Any such reply expert reports shall be served no later than June 2, 2022. The parties reserve all objections to the inclusion of such new opinions in rebuttal expert reports.

13. Expert depositions shall be completed by July 22, 2022.

**14. ALL DISCOVERY SHALL BE COMPLETED BY JULY 29, 2022.**

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

18. The next case management conference is scheduled for <u>August 12, 2022</u>, at 11 AM.

SO ORDERED this ___ day of _____, 2021

By: _____
HON. EDGARDO RAMOS
United States District Judge