**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEUTSCHE BANK SECURITIES INC., <br><br> *Plaintiff*, <br><br> v. <br><br> KINGATE GLOBAL FUND LTD. and KINGATE EURO FUND LTD., <br><br> *Defendants*. | Case No. 19-cv-10823 |

### NOTICE OF MOTION OF PLAINTIFF DEUTSCHE BANK SECURITIES INC. MOTION TO COMPEL THE IDENTIFICATION OF BVI COURT FILINGS

PLEASE TAKE NOTICE that Plaintiff Deutsche Bank Securities Inc. ("DBSI") by and through its undersigned counsel, will appear before this Court, at a date and time yet to be determined, to move for an Order compelling Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. (the "Funds") to (1) produce a log documenting all filings made in the Funds' liquidation proceedings in the courts of the British Virgin Islands and (2) produce all non-privileged documents and communications of the Funds' outside counsel, Mourant Ozannes (the "Motion").

The grounds for this Motion are set forth in the accompanying Memorandum of Law, the supporting Declaration of Andrew Hammond and exhibits attached thereto; and the Affidavit of Mark Phillips QC and exhibits attached hereto.

PLEASE TAKE FURTHER NOTICE that DBSI respectfully requests that oral argument be heard on this Motion.

1

Dated: November 29, 2021  Respectfully submitted
New York, New York

s/ *Andrew W. Hammond*
Glenn M. Kurtz
Andrew W. Hammond
Jacqueline L. Chung
Timothy L. Wilson, Jr. (admitted *pro hac vice*)
**WHITE & CASE**
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-819-8200

*Counsel for Deutsche Bank Securities Inc.*

## CERTIFICATE OF SERVICE

      I certify that on November 29, 2021, I filed Plaintiff's Notice of Motion, Memorandum of Law in Support of Plaintiff's Motion to Compel the Identification of BVI Court Filings, and Declaration in Support of the Plaintiff's Motion to Compel and Affidavit of Mark Phillips QC electronically with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all parties of record in the above-captioned case.

Dated:    November 29, 2021
             New York, New York

                                              By:   *s/ Andrew W. Hammond*
                                                     Andrew W. Hammond
                                                     **WHITE & CASE**
                                                     1221 Avenue of the Americas
                                                     New York, NY 10020
                                                     Telephone: 212-819-8200

                                                   *Counsel for Deutsche Bank Securities Inc.*