Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Andrew R. Dunlap
212 390 9005
adunlap@selendygay.com

**Selendy & Gay**

**MEMO ENDORSED**

February 10, 2022

The application is  X  granted
                  ___ denied

**Via ECF**

_/s/ Edgardo Ramos_
Edgardo Ramos, U.S.D.J
Dated: 02/11/2022
New York, New York

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Deutsche Bank Securities Inc. v. Kingate Global Fund Ltd., et al.*,
      No. 19-cv-10823-ER (S.D.N.Y.)

Dear Judge Ramos,

    I write on behalf of Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. (the "Funds"), pursuant to Paragraph 3.ii of Your Honor's Individual Practices, for approval to file under seal Exhibit B to the Supplemental Declaration of Eleanor Morgan in support of Defendants' opposition to Plaintiff Deutsche Bank Securities Inc.'s pending motion to compel an itemized privilege log of the Funds' BVI Court filings. *See* ECF Nos. 76-80.

    The Funds have designated the document attached at Exhibit B as "Highly Confidential" under the Protective Order, which represents the Funds' good faith judgment that disclosure of the information would "cause serious and irreparable competitive or other harm that cannot be avoided by less restrictive means." ECF No. 48 ¶ 2(b). Because the Protective Order provides that any Protected Information, including information designated as Highly Confidential, which is used in open court shall lose its confidential status, *see id.* ¶ 15, the Funds respectfully request that the Court grant this letter motion allowing the Funds to file under seal Exhibit B to the Supplemental Declaration of Eleanor Morgan.

Respectfully submitted,

*/s/ Andrew R. Dunlap*

Andrew R. Dunlap

Cc:   Counsel of Record (via ECF)