Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

\selendy
 gay
 elsberg

Andrew R. Dunlap
Partner
212.390.9005
adunlap@selendygay.com

March 10, 2022

**MEMO ENDORSED**

The application is  X  granted
                   ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __03/11/2022__
New York, New York

<u>Via ECF</u>

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Deutsche Bank Securities Inc. v. Kingate Global Fund Ltd., et al.*,
**No. 19-cv-10823-ER (S.D.N.Y.)**

Dear Judge Ramos,

    I write on behalf of Defendants Kingate Global Fund, Ltd. and Kingate Euro Fund, Ltd. (the "<u>Funds</u>"), pursuant to Paragraph 3.ii of Your Honor's Individual Practices, for approval to file a redacted version of the Funds' response letter to Plaintiff Deutsche Bank Securities Inc.'s ("<u>DBSI</u>") letter brief of February 18, 2022. ECF Nos. 95-96.

    The Funds' response letter describes documents that the Funds designated as Highly Confidential under the Protective Order. This designation represents the Funds' good faith judgment that disclosure of the information would "cause serious and irreparable competitive or other harm that cannot be avoided by less restrictive means." ECF No. 48 ¶ 2(b). The Court previously granted DBSI's motion to file a redacted version of its letter brief of February 18, 2022, which describes the same documents. *See* ECF No. 97. Because the Protective Order provides that any Protected Information, including information designated as Highly Confidential, used in open court shall lose its confidential status, *see* ECF No. 48 ¶ 15, the Funds respectfully request that the Court grant this letter motion to seal.

Respectfully submitted,

*/s/ Andrew R. Dunlap*

Andrew R. Dunlap

Cc: Counsel of Record