UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK SECURITIES INC.,

            Plaintiff,

v.

KINGATE GLOBAL FUND LTD. and
KINGATE EURO FUND LTD.,

           Defendants.

Case No. 19-cv-10823 (ER)

## CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. The parties do not consent to conducting further proceedings before a Magistrate Judge pursuant to 28 U.S.C. § 636(c).

2. This case is to be tried to a jury.

3. The parties have substantially completed all document productions.

4. Any further interrogatories, including expert interrogatories, shall be served no later than July 14, 2022.

5. Requests for admission shall be served no later than July 28, 2022.

6. Non-expert depositions shall be completed by September 16, 2022.

    a. Depositions shall proceed concurrently.

    b. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

7. Expert reports shall be served no later than October 11, 2022.

8. Rebuttal expert reports shall be served no later than November 10, 2022.

9. To the extent that rebuttal expert reports contain opinions based on new data or analysis that has not been addressed in opening expert reports, the parties may submit reply expert reports solely to address those new opinions. Any such reply expert reports shall be served no later than <u>December 6, 2022</u>. The parties reserve all objections to the inclusion of such new opinions in rebuttal expert reports.

10. Expert depositions shall be completed by <u>January 27, 2023</u>.

11. **ALL DISCOVERY SHALL BE COMPLETED BY <u>February 3, 2023</u>.**

12. Any motions shall be filed in accordance with the Court's Individual Practices.

13. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

14. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

15. The next case management conference is scheduled for <u>February 3</u>, 2023 at <u>11:00am</u>. The October 27, 2022 case management conference is adjourned.

SO ORDERED this <u>20th</u> day of <u>April</u>, 2022

By: _____
HON. EDGARDO RAMOS
United States District Judge

2