**MEMO ENDORSED**

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

selendy
gay
elsberg

Andrew R. Dunlap
adunlap@selendygay.com

May 11, 2022

**Via ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The Court grants Defendants' motion to seal.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: May 13, 2022
> New York, New York

Re:   *Deutsche Bank Securities Inc. v. Kingate Global Fund Ltd., et al.*,
      No. 19-cv-10823-ER (S.D.N.Y.)

Dear Judge Ramos,

We write on behalf of Defendants Kingate Global Fund, Ltd. and Kingate Euro Fund, Ltd. (the "Funds"), pursuant to Paragraph 3.ii of Your Honor's Individual Practices, for approval to file a redacted version of Defendants' reply memorandum ("Reply") in support of their motion to compel Plaintiff Deutsche Bank Securities Inc. ("DBSI") and three non-parties (the "Withholding Investors")[1] to produce documents they are withholding based solely on the common interest doctrine.

The Funds' Reply describes documents that DBSI has designated as "Confidential," which, according to the Protective Order, represents DBSI's good faith judgment that disclosure of the information would "be detrimental to the conduct of [DBSI's] business or the business of any of [its] customers or clients." *See* ECF No. 48 ¶ 2(a).[2] Paragraph 12 of the Protective Order requires the Funds to file such information under seal.

The Funds respectfully request that the Court grant this letter motion allowing the Funds to file the proposed redacted version of the Reply.

Respectfully submitted,

*/s/ Andrew R. Dunlap*
Andrew R. Dunlap

---

[1] The Withholding Investors are: Centerbridge Partners LP, Farallon Capital Management LLC, Solus Alternative Asset Management LP.

[2] The Funds take no position on and reserve all rights to challenge these confidentiality designations.

The Honorable Edgardo Ramos
May 11, 2022

                      */s/ Hugh M. McDonald*
                      Hugh M. McDonald

                      *Attorneys for Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

Cc:    Counsel of Record

2