June 1, 2023

**VIA ECF**

The Honorable Edgardo Ramos
Thurgood Marshall United States District Courthouse
40 Foley Square
New York, NY 10007

Re:  *Deutsche Bank Securities Inc. v. Kingate Global Fund Ltd. et al.*, No. 1:19-cv-10823

Dear Judge Ramos:

Pursuant to this Court's April 24, 2023 Order (Dkt. No. 156), Plaintiff Deutsche Bank Securities Inc. and Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. (collectively, the "Parties") write to update the Court on the status of the Parties' proposed Settlement Agreement. The Defendants have received approval for the settlement in the applicable jurisdictions and do not anticipate that any of these orders will be subject to appeal. Provided that there are no appeals, the Parties plan to close the settlement by mid-July.

We will provide the Court with additional information as it becomes available and are available to address any questions that the Court may have.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew W. Hammond* | */s/ Andrew R. Dunlap* |
| Andrew W. Hammond | Andrew R. Dunlap |
| WHITE & CASE LLP | SELENDY GAY ELSBERG PLLC |
| | |
| *Counsel for Deutsche Bank Securities Inc.* | *Counsel for Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.* |

cc: Counsel of Record (via ECF)