UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK SECURITIES INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KINGATE GLOBAL FUND LTD. and<br>KINGATE EURO FUND LTD.,<br><br>　　　　　Defendants. | Case No. 19-cv-10823 |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as follows:

1.　Plaintiff Deutsche Bank Securities Inc. ("DBSI") and Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. (together, the "Funds") hereby stipulate and agree that DBSI's claims against the Funds in the above-captioned action be dismissed with prejudice.

2.　Except to the extent previously agreed in writing, each party shall bear its own attorneys' fees, costs, and disbursements associated with this Action.

Respectfully submitted,

Dated: New York, NY
June 21, 2023

/s/ _____
Glenn M. Kurtz
Andrew W. Hammond
Jacqueline L. Chung
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: 212-819-8200
gkurtz@whitecase.com
ahammond@whitecase.com
jacqueline.chung@whitecase.com

*Attorneys for Plaintiff Deutsche Bank Securities Inc.*

/s/ _____
Andrew R. Dunlap
Oscar Shine
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
adunlap@selendygay.com
oshine@selendygay.com

*Attorneys for Defendants Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

SO ORDERED.

On this 21st day of June, 2023

_____
EDGARDO RAMOS
United States District Judge

2